# ELECTRONIC RECORD

COA #   10-14-00207-CR                     OFFENSE:  Aggravated Assault

STYLE:   David Ray Sneed v. The State of Texas       COUNTY:  Coryell

TRIAL COURT:        52nd District Court                              MOTION
TRIAL COURT #:      Fam 13-21634              FOR REHEARING IS:
TRIAL COURT JUDGE:  Hon. Trent D. Farrell     DATE:
DISPOSITION:        AFFIRMED                   JUDGE:


DATE:       May 7, 2015

JUSTICE:    Scoggins              PC        S   YES
PUBLISH:                          DNP:  YES

CLK RECORD:    8/19/2014              SUPP CLK RECORD:
RPT RECORD:    9/25/2015              SUPP RPT RECORD:
STATE BR:      3/10/2015              SUPP BR:
APP BR:        1/12/2015              PRO SE BR:


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD                CCA #  645-15

--------------------

___APPELLANT'S__ Petition            Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

___REFUSED_____   JUDGE: _____

DATE: __10/07/2015_____   SIGNED: _____    PC: _____

JUDGE: __Per Curiam_____    PUBLISH: _____   DNP: _____

--------------------

_____ MOTION FOR REHEARING IN   MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____   _____ ON _____

JUDGE: _____   JUDGE: _____